UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DARIUSZ KACZMARCZYK et. al.,

                      Plaintiffs,        **JUDGMENT**

     - v -

                                     06-CV-1005 (CBA) (VVP)

ACME CONTRACTING LLC, et. al.,

                      Defendants.
-----------------------------------------------------------------x

       In accordance with an order dated November 3, 2009 granting the plaintiffs' motion to enforce a settlement agreement, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the plaintiffs, Dariusz Kaczmarczyk, Andrzej Bochenek, Robert Kossakowski, Maciej Kubas, Arthur Pedzisz, and Cezary Sulewski, and against the defendants Acme Contracting LLC, Pillar Contracting Ltd., Ronald B. Dutton, and Ryszard Lisiewicz, in the amount of $82,500.00.

                                                             *Viktor V. Pohorelsky*
                                                         VIKTOR V. POHORELSKY
                                                         United States Magistrate Judge

Dated:   Brooklyn, New York
             December 21, 2009